## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TINA MILLER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 15-1212** |
| **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

### ORDER

This 26th day of October, 2016, upon consideration of Plaintiff's Request for Review,

Defendant's Response thereto, and Plaintiff's Reply, and after careful review of the administrative

record and of the Report and Recommendation of United States Magistrate Judge Marilyn

Heffley, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Plaintiff's Request for Review is **DENIED**.


_____/s/ Gerald Austin McHugh_
United States District Judge